Certificate Number: 17082-CAC-DE-027957734

Bankruptcy Case Number: 16-12918



17082-CAC-DE-027957734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2016, at 11:02 o'clock AM MST, JOAQUIN M RODRIGUEZ III completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   August 24, 2016           By:   /s/Eszter Boglarka Brown

                                  Name: Eszter Boglarka Brown

                                  Title: Certified Credit Counselor